District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MINJIE WEI, | Case No. 2:24-cv-00537-KKE |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.,* | |
| Defendants. | |

Plaintiff brings this litigation seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status. Dkt. No. 1. USCIS has adjudicated the application. The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

//

STIPULATED MOTION TO DISMISS
AND ORDER
[Case No. 2:24-cv-00537-KKE] - 1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 9th day of October, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | FISHER & PHILLIPS LLP |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:     (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Ralph Hua*<br>RALPH HUA, WSBA #42189<br>1700 7th Ave, Ste 2200<br>Seattle, WA 98101<br>Phone: (206) 247-7014<br>Email: rhua@fisherphillips.com<br><br>ERIN WALVEKAR, WSBA #47946<br>1700 7th Ave, Ste 2200<br>Seattle, WA 98101<br>Phone: (206) 247-7017<br>Email: ewalvekar@fisherphillips.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

I certify that this memorandum contains 80 words, in compliance with the Local Civil Rules.

**ORDER**

The parties' stipulated motion to dismiss is GRANTED. Dkt. No. 9. This case is DISMISSED without prejudice.

DATED this 10th day of October, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge